IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-60442
Summary Calendar
_____


RODNEY BELL,

                                        Plaintiff-Appellant,


                    versus


RAYMOND ROBERTS,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court for the
            Northern District of Mississippi
                   (4:96CV189-S-B)
_____
                    November 6, 1996
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     In this case, the plaintiff alleges no basis for a claim of

denial of constitutional due process.  His pleadings reflect that

he is essentially dissatisfied with the result of the disciplinary

proceedings.  In addition, he alleges only in the most general

terms that the defendants' decisions violated his rights (which

were undescribed) and that the decisions were against the weight of

_____

     [*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

the evidence.  These allegations do not rise to the level of stating a section 1983 claim, and such bare allegations do not require a <u>Spears</u>' hearing to develop the claim.  <u>See</u> <u>Spears v. McCotter</u>, 766 F.2d 179, 181 (5th Cir. 1985).  The judgment of the district court, dismissing the complaint is therefore

A F F I R M E D.